

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

David Oliwenstein
tel: +1.212.858.1031
david.oliwenstein@pillsburylaw.com

January 15, 2024

Granted.

SO ORDERED:

1/16/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re:  *Securities & Exchange Commission v. Brian Wong*, Case No. 1:22-cv-09618 (JHR) (RWL) – Defendant's Request for Leave to File Under Seal

Dear Judge Rearden:

We write on behalf of Defendant Brian Wong to request leave to file under seal Exhibit 1 to the January 15, 2025 Declaration of David Oliwenstein in Support of Defendant's Opposition to Plaintiff Securities and Exchange Commission's Motion for Monetary Relief (the "Exhibit"). Defendant submits this letter pursuant to Rule 9(c)(ii) of Your Honor's Individual Rules and Practices in Civil Cases.

A party seeking to file a document under seal must address the presumption in favor of public access to judicial documents and, pursuant to Rule 9(c)(ii), "explain the reasons for seeking to file the document under seal."

The Second Circuit set forth the relevant standard in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), under which "[t]here is a common law presumption in favor of permitting public access to judicial documents, which are those documents 'relevant to the performance of the judicial function and useful in the judicial process.'" *GoSMiLE, Inc. v. Dr. Jonathan Levine, D.M.D. P.C.*, 769 F. Supp. 2d 630, 649 (S.D.N.Y. 2011) (quoting *Lugosch*, 435 F.3d at 119). A court balances this common law presumption of access against competing interests, including "the privacy interests of those resisting disclosure." *Lugosch*, 435 F.3d at 120. Thus, the issue is whether "the privacy interests of the defendants outweigh the presumption of public access." *GoSMiLE*, 769 F. Supp. 2d at 649-50.

Here, Defendant seeks to file the Exhibit under seal because it combines excerpts from the confidential Presentence Investigation Report (the "PSR") from the matter captioned *United States v. Brian Wong*, No. 1:22-cr-00395-ER. In that case, the PSR was filed under seal as ECF No. 58. Defendant respectfully requests reciprocal treatment of the Exhibit on the docket of this case.

www.pillsburylaw.com

Hon. Jennifer H. Rearden
January 15, 2025
Page 2

We have conferred with Plaintiff Securities and Exchange Commission and have agreed to provide the Exhibit for its review.  It has no objection to this application.

                                                        Respectfully submitted,

                                                        <u>s/ David Oliwenstein</u>
                                                        David Oliwenstein

cc:     All Counsel of Record (via ECF)